■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE FEMMINELLA, Appellant. [41 NYS3d 705]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Laura Ward, J.), rendered January 22, 2013, as amended January 30, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kahn, JJ.